O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ADOLFO RAMIREZ,<br><br>　　　　Petitioner,<br><br>　v.<br><br>LINDA SANDERS, Warden,<br><br>　　　　Respondent. | No. CV 08-1008 CAS (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that judgment be entered denying the Petition and dismissing it with prejudice.

DATED: December 18, 2008

　　　　　　　　　　　　　　　　　　　／s／ Christina A. Snyder
　　　　　　　　　　　　　　　　　　　CHRISTINA A. SNYDER
　　　　　　　　　　　　　　　　　　　United States District Judge